IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULA WATKINS,  :  <br>      Plaintiff,  :  <br>    :  <br>      v.    :  <br>    :  <br>MACK TRUCKS, INC.,  :  <br>      Defendant.  :  | Civil No. 5:24-cv-02318-JMG |

### ORDER

**AND NOW**, this 24th day of July, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 46) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (ECF No. 47), Defendant's Response to Plaintiff's Statement of Additional Facts in Opposition to Defendant's Motion for Summary Judgment (ECF No. 50), and Defendant's Reply Brief in Further Support of Its Motion for Summary Judgment (ECF No. 52), **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 46) is **GRANTED IN PART** and Plaintiff's claim for a hostile work environment based on sex is **DIMISSED**.

**IT IS FURTHER ORDERED** that Counts V, VI, and VII of the Amended Complaint (ECF No. 12) are **DISMISSED** due to Plaintiff's withdrawal of these claims.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge